UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| Plaza Home Mortgage Inc. | NOTICE OF APPEARANCE, ANSWER, AND CONDITIONAL ASSERTION OF CLAIM TO SURPLUS MONIES |
| Plaintiff, | Civil Action No. 26-CV-3523 |
| | (JRC) |
| -against- | |
| Stalin Espinosa *et al.* | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PLEASE TAKE NOTICE that the defendants the United States Internal Revenue Service ("IRS")   and the United States Department of Housing and Urban Development ("the United States") hereby appear in the action and that the undersigned is duly authorized to appear as attorney for said defendants therein (except as noted below);

PLEASE TAKE FURTHER NOTICE that, to the extent that the lien referenced in the pleading served on the United States refers to a federal lien or any other interest of the United States (hereinafter referred to as the "lien,") and to the extent that it contains the information required in respect to such a lien pursuant to 28 U.S.C. § 2410(b), the United States hereby (1) alleges that the lien attaches to the property that is the subject of this action, (2) agrees that the property may be sold free and clear of said lien, assuming said lien is inferior to the lien in respect to which the property is to be sold (as required by 28 U.S.C. §

2410(c), with said lien to attach to the sale proceeds with the same effect and priority the lien had with respect to the property) if and only if the provisions of 28 U.S.C. § 2410 are otherwise complied with and the United States is notified of the sale such that it may exercise its right of redemption under § 2410(c), and is further notified of any surplus proceeds. The United States does not hereby consent to a sale free and clear of any lien of the United States that is superior to the lien that a sale is made to satisfy. Any such consent hereafter given must be explicit and in writing.

PLEASE TAKE FURTHER NOTICE that the United States claims all proceeds left after the satisfaction of liens that are senior to the federal lien.

Dated:  Brooklyn, New York
July 14, 2026

JOSEPH NOCELLA, JUNIOR
United States Attorney
Eastern District of New York
Attorney for the United States of America
271 Cadman Plaza East
Brooklyn, N.Y. 11201

By:   s/Edward Newman
EDWARD NEWMAN
Assistant U.S. Attorney
(718) 254-7000
edward.newman@usdoj.gov

To:    Sara Boriskin, Esq.
       900 Merchants Concourse, Suite 310
       Westbury, NY 11580